Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
| | | |
|---|---|---|
| IN RE: | : | |
| Fosamax Products Liability Litigation | : | |
-----------------------------------------------------x
| | | |
|---|---|---|
| *This Document Relates to:* | : | 1:06-md-1789 (JFK) |
| Susan Boswell | : | |
| v. Merck & Co., Inc. | : | |
| | : | |
| Case No: 1:07-cv-6759-JFK | : | **Rule 7.1 Statement** |
-----------------------------------------------------x

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that it has no parent companies and are not aware of any beneficial owner of more than ten percent of its Common Stock.

Dated: New York, New York
   August 30, 2007

            Respectfully submitted,

            HUGHES HUBBARD & REED LLP

            By: /s/
             Norman C. Kleinberg
             Theodore V. H. Mayer
             William J. Beausoleil

            One Battery Park Plaza
            New York, New York 10004-1482
            (212) 837-6000
            *Attorneys for Defendant Merck & Co., Inc.*